

**Bryant MOTORS** — HJPV311 LLC dba
CHRYSLER Dodge Jeep RAM

2901 S. Limit • 660-826-2700
Sedalia, MO. 65301
www.bryantmotors.com

| | | | |
|---|---|---|---|
| VIN 96847 | 1C4BJWDG9DL577971 | JIMMY L JOBE | DATE IN 10/10/16 |
| YEAR 2013 | MAKE JEEP   MODEL WRANGLER U   COLOR RED   O | 7560 HIGHWAY 131 ODESSA MO 640767313 | TIME IN 08:50   17:16 |
| MILES IN 77103 | MILES OUT 77103   FIRST USE / 06/28/16   LIC MO | SWIZARDOZ@YAHOO.COM | CLOSED 10/14/16   6830 |
| BRYAN | | SEE ALSO   RES H:(660) 537-3044  BUS W:(660) - | WRITER ERIC\02 |

CALL WHEN READY

```
(1) COMPUTER CHECK DRB2 OR DRB3 SCOPE
    ABS, TRACTION LIGHTS                    Labor              T12  15      112.50
    FOUND FAULT IN LEFT FRONT WHEEL SPEE SENSOR   68003281AC  (SENSORKIT)   1      24.60
    REPLACED SENSOR                         Total Labor .................. 112.50
    AUTH.# C002914033                       Total Parts ..................  24.60
    (Tech:12) B                             Total Repair (Customer) ...... 137.10

(2) CHECK HEATER INOP
    NO WARM AIR                             Labor              T12  10       50.00
    FLUSHED COOLANT SYSTEM                  68163849AB  (ANTIFREEZ)  2       38.90
                                            XX204-19   (COOLANT FLUSH)  1    14.98
                                            Total Labor ..................  50.00
                                            Total Parts ..................  53.88
    (Tech:12) A                             Total Repair (Customer) ...... 103.88
```

**We Gladly Accept:** You may receive a questionnaire from the manufacturer in the next few weeks. If for any reason you cannot grade us "Completely Satisfied" please contact us immediately. Your satisfaction is our #1 concern.

  

| | WC | INT. | CUSTOMER |
|---|---|---|---|
| Labor | | | 162.50 |
| Parts | | | 78.48 |
| Sublet | | | .00 |
| Warr Deduct | | | 100.00 |
| Shop Materia | .00 | .00 | .00 |
| Oil/Grease | | | .00 |
| Sub Total | | | 340.98 |
| Tax | .00 | .00 | 6.35 |
| Total (Due) | | | 347.33 |

DISCLAIMER OF WARRANTIES ... TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Accounts due and payable the 10th of the month following statement.

X _____  CUSTOMER SIGNATURE

Page 1 of 1     Reprint (1)     Job 1

**96847**   [barcode]   Customer Copy    ŋBɤ    210.20

KANSAS BUSINESS FORMS



**Bryant Motors** — HJPV311 LLC dba — CHRYSLER Dodge Jeep RAM

2901 S. Limit • 660-826-2700
Sedalia, MO. 65301
www.bryantmotors.com

| R/O | VIN | | | | DATE IN |
|---|---|---|---|---|---|
| 99488 | 1C4BJWDG9DL577971 | | JIMMY L JOBE | | 02/07/17 |
| YEAR 2013 | MAKE JEEP | MODEL WRANGLER U | COLOR RED | 7560 HIGHWAY 131 ODESSA MO 64076 | TIME IN 16:04 10:45 |
| MILES 79722 | MILES OUT 79722 | FIRST USE / 06/28/16 | LIC MO | SWIZARDOZ@YAHOO.COM | CLOSED 02/08/17 |
| BRYAN | | SEE ALSO | RES H: (660) 537-3044 BUS W: (660) - | | WRITER BRYAN\01 |

CALL WHEN READY

```
(1) PERFORM FLASH UPDATES                   Labor       FLASH     T12  5        25.00
    SOFTWARE FLASH FOR HVAC                  Total Labor.........................25.00
    CHECK NO HEAT, DRIVER SIDE, PUSH RECIRC
    BUTTON, HEATER WORKS BETTER
    (Tech:12) A                              Total Repair (Customer)..............25.00

(2) BACKFLUSHED HEATER CORE.                 Labor                 T12  5        35.00
                                             Total Labor.........................35.00
    (Tech:12) A                              Total Repair (Customer)..............35.00
```

**We Gladly Accept:** VISA, MasterCard, Discover

**You may receive a questionnaire from the manufacturer in the next few weeks. If for any reason you cannot grade us "Completely Satisfied" please contact us immediately. Your satisfaction is our #1 concern.**

| | WC | INT | CUSTOMER | |
|---|---|---|---|---|
| | | | Labor | 60.00 |
| | | | Parts | .00 |
| | | | Sublet | .00 |
| | .00 | .00 | Shop Materia | 3.00 |
| | | | Oil/Grease | .00 |
| | | | Sub Total | 63.00 |
| | .00 | .00 | Tax | .24 |
| | | | Total (Due) | 63.24 |

**DISCLAIMER OF WARRANTIES**
Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sale of said products. The product is sold by the seller "As Is" and the seller has as to quality and performance of the product with the buyer and/or manufacturer. If the product proves to be defective after purchase, the buyer and/or manufacturer, not the seller shall assume the entire cost of all necessary servicing.
**TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE**
I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.
Accounts due and payable the 10th of the month following statement.

X _____ CUSTOMER'S SIGNATURE

Page 1 of 1    Job 1

99488    Customer Copy

PAID  nBcP

Case 4:17-cv-00844-BCW   Document 1-1   Filed 10/06/17   Page 2 of 3



**HJPV311 LLC dba Bryant Motors** — Chrysler Dodge Jeep RAM

2901 S. Limit • 660-826-2700
Sedalia, MO. 65301
www.bryantmotors.com

| R/O | 11636 | VIN | 1C4BJWDG9DL577971 | | JIMMY L JOBE | | DATE IN | 05/09/17 |
|---|---|---|---|---|---|---|---|---|
| YEAR | 2013 | MAKE | JEEP | MODEL WRANGLER U | COLOR RED | O | 7560 HIGHWAY 131 | TIME IN 16:45 |
| MILES IN | 81687 | MILES OUT | 81687 | FIRST USE 06/28/16 | LIC MO | | ODESSA MO 64076 | 09:18 |
| | | | | | | | SWIZARDOZ@YAHOO.COM | CLOSED 05/18/17 |
| BRYAN | | | | SEE ALSO | RES H:(660) 251-3640 | BUS W:(660) - | | 6830 WRITER ERIC\02 |

```
(1) CHECK HEATER INOP                          CALL WHEN READY
    NOT HEATING
    PERFORMED CHECMICAL COOLANT FLUSH    Labor                          T12   20        150.00
    BACK FLUSHED HEATER CORE             4856977AC   (CLEANER)                1           9.10
                                         68163849AB  (ANTIFREEZ)              2          38.90
                                         Total Labor ..........................         150.00
    (Tech 12) B                          Total Parts ..........................          48.00
                                         Total Repair (Customer) ..............         198.00
```

**We Gladly Accept:** VISA, MasterCard, Discover, AmEx

You may receive a questionnaire from the manufacturer in the next few weeks. If for any reason you cannot grade us "Completely Satisfied" please contact us immediately. Your satisfaction is our #1 concern.

| | W/C | INT. | | CUSTOMER |
|---|---|---|---|---|
| | | | Labor | 150.00 |
| | | | Parts | 48.00 |
| | | | Sublet | .00 |
| | .00 | .00 | Shop Materia | .00 |
| | | | Oil/Grease | .00 |
| | | | Sub Total | 198.00 |
| | .00 | .00 | Tax | 3.89 |
| | PAID | | Total (Due) | 201.89 |

DISCLAIMER OF WARRANTIES ... TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE. I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described or streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs therein. Accounts due and payable the 10th of the month following statement.

X _____
Page 1 of 1    CUSTOMER'S SIGNATURE    Job 1

11636    Customer Copy

KANSAS BUSINESS FORMS 1-800-927-3677